548 A.2d 250

**COMMONWEALTH of Pennsylvania, Petitioner,**

**v.**

**Anthony GREGORY, Respondent.**

Supreme Court of Pennsylvania.

Oct. 17, 1988.

## ORDER

PER CURIAM.

The Petition for Allowance of Appeal is granted. The Order of the Superior Court, insofar as it vacates the order of the trial court and remands for resentencing, is vacated and the judgment of sentence is reinstated. In all other respects the order is affirmed. See *Commonwealth v.*

*Samuels,* 516 Pa. 300, 304 n. 4, 532 A.2d 404, 406 n. 4 (1987).